IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: the APPLICATION OF TITO ALBERTO BUENROSTRO DIAZ,<br>  Petitioner,<br>v.<br><br>ANGELICA MARIA SOTO ALARCON,<br>  Respondent. | )<br>)<br>)<br>) Civil Action No. 3:06-CV-0630-K<br>)<br>)<br>) |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On May 30, 2007, the United States Magistrate Judge entered, after a hearing, its Findings, Conclusions, and Recommendation with respect to Petitioner's "Motion to Enter Judgment or Alternatively to Enforce Settlement." The time to object has expired, and no objections have been filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**Signed** this 14th day of June, 2007.

*/s/ Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE